UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.
v.
MARCAE L. DRAPER

**ORDER TO PAY**

CITATION/CASE NO. 1852840 / CA 76
1851288 / CA 76
1851286 / CA 76
1844550 / CA 76

(this area intentionally left blank)

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) **FINE** of $  810.00          (✓) **Penalty ASSESSMENT** of $  40.00

(  ) **PROCESSING Fee** of $ _____     for a **TOTAL AMOUNT** of $  850.00  ,

paid within _____ days / months  **OR** payments of $  150.00  per month, commencing

  11/30/2009  and due on the  last business day  of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B.**.

(  ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
(  ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
(  ) RESTITUTION _____
(  ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
(  ) Traffic School By: _____ with Proof mailed to _____
(✓) PROBATION to be unsupervised / supervised for: 6 months unsupervised probation to run concurrently as to each charge. Terms and Conditions: Obey all laws; Do not drive without insurance or a valid driver's license.

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

| | CENTRAL VIOLATIONS BUREAU<br>PO Box 70939<br>Charlotte, NC 28272-0939<br>1-800-827-2982 | | CLERK, U.S.D.C.<br>501 'I' St., #4-200<br>Sacramento, CA 95814 | ✓ | CLERK, U.S.D.C.<br>2500 Tulare St., Rm 1501<br>Fresno, CA 93721 |

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED:  11/17/2009              /s/ Maribel Verduzco
                    for: U.S. Magistrate Judge Dennis L. Beck

EDCA - Rev 4/2007